# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL PILGRIM,                    :    No. 88 MM 2018
                                   :
                     Petitioner    :
                                   :
                                   :
                                   :
              v.                   :
                                   :
                                   :
                                   :
PENNSYLVANIA BOARD OF              :
PROBATION AND PAROLE,              :
                                   :
                    Respondent     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.